## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

KEVIN CROFTON, JANICE CROFTON
and N. DUWAYNE CROFTON 2007
IRREVOCABLE TRUST,

    Plaintiffs,

v.                                       Case No: 8:20-cv-1411-T-02AAS

HEIGHTS MEAT MARKET, LLC,
DOUGLAS W. COOGLE, JR.  and LEE
& DAVIS COUNTRY MEATS, LLC,

    Defendants.
_____/

## **O R D E R**

The Court has been advised by **the Mediation Report (Doc. 9)** that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. The Clerk is directed to terminate any pending motions/deadlines and to CLOSE the file.

**DONE** and **ORDERED** in Tampa, Florida on August 10, 2020.

                                           s/*William F. Jung*
                                           **WILLIAM F. JUNG**
                                           **UNITED STATES DISTRICT JUDGE**