# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

KEVIN CROFTON, JANICE
CROFTON and N. DUWAYNE
CROFTON 2007 IRREVOCABLE
TRUST,

    Plaintiffs,

v.                                                                            Case No: 8:20-cv-1411-T-02AAS

HEIGHTS MEAT MARKET, LLC,
DOUGLAS W. COOGLE, JR. and
LEE & DAVIS COUNTRY MEATS,
LLC,

    Defendants.
_____/

## ORDER

Upon due consideration of the Stipulation of Full FLSA Relief and Voluntary Dismissal, or, alternatively, Joint Motion for Approval of the Settlement of Plaintiff's FLSA Claim, the Court finds it is unnecessary to approve the parties' settlement attached to the motion as Exhibit A (Dkt. 11-1) pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982).  The Court finds, as the parties assert, there has been no compromise of the FLSA claim and judicial approval is not required.  The motion (Dkt. 11) is denied as moot.  The case is dismissed with prejudice. The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on September 18, 2020.

                                              s/*William F. Jung*
                                              **WILLIAM F. JUNG**
                                              **UNITED STATES DISTRICT JUDGE**